UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GUILLERMO LAGEYRE - RAVELO,

        Plaintiff,

v.

ACTING DIRECTOR TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

        Defendants.

Case No. 2:25-cv-1171-KCD-DNF

## ORDER

In this habeas corpus case, Petitioner Guillermo Lageyre-Ravelo moves for emergency relief, seeking an order enjoining his transfer to another detention facility. (Doc. 6.)[1] Lageyre-Ravelo argues that if he is transferred, this Court "would not be able to provide [him] meaningful relief." (*Id.* at 3.) Not so. And here's why.

A § 2241 petition must be filed in the judicial district where the petitioner is incarcerated. 28 U.S.C. § 2241(d). When Lageyre-Ravelo's petition was filed, he was detained at Alligator Alcatraz in the Middle District of Florida. (Doc. 1 ¶ 2.) Once jurisdiction is properly acquired, a petitioner's subsequent removal to another judicial district does not destroy

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

the court's jurisdiction. *See Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004) (explaining that "when the Government moves a habeas petitioner after she properly files a petition naming her immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release"). "[J]urisdiction attaches upon the initial filing of the § 2241 petition and will not be destroyed by a petitioner's subsequent Government-effectuated transfer and accompanying change in physical custodian." *Elcock v. Streiff*, 554 F. Supp. 2d 1279, 1282 (S.D. Ala. 2008). Thus, even if Lageyre-Ravelo is transferred, this Court will still be able to consider his petition.

To the extent Lageyre-Ravelo's motion instead seeks to prevent his removal from this country, the Court cannot grant such relief. *See Rodriguez v. Acting Director of Immigr.*, No. 2:26-CV-2-KCD-DNF, 2026 WL 83972, at *1 (M.D. Fla. Jan. 12, 2026).

For these reasons, Lageyre-Ravelo's motion (Doc. 6) is **DENIED**. **ORDERED** in Fort Myers, Florida on January 16, 2026.

Kyle C. Dudek
United States District Judge